ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

SEP 2 0 2016

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RENIYA MANUKYAN | Criminal Indictment<br><br>No. 1:16-CR-336 |

THE GRAND JURY CHARGES THAT:

On or about May 21, 2013, in the Northern District of Georgia, the defendant, RENIYA MANUKYAN, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in a matter within the jurisdiction of the Federal Bureau of Investigation (FBI), an agency within the executive branch of the Government of the United States, and involving terrorism, in that during an interview conducted in the course of a terrorism investigation, RENIYA MANUKYAN falsely stated to agents of the FBI's Joint Terrorism Task Force that a named individual with whom she associated had returned to Atlanta, Georgia on a bus after his employment in the State of Massachusetts ended in or about August 2011, when in fact and as the defendant well knew, the defendant met that individual in the State of New York on or

about September 13, 2011, and drove him to Atlanta, Georgia, all in violation of Title 18, United States Code, Section 1001(a) (2).

A _____True_____ BILL

_____
FOREPERSON

JOHN A. HORN
  *United States Attorney*

T. M. KING
  *Assistant United States Attorney*
Georgia Bar No. 421380

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181